Chelsea Latino (NSBN 14227)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
clatino@mcdonaldcarano.com

*Attorneys for Defendant*
*Bechtel Corporation*

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWN MILLER, as an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BECHTEL CORPORATION, and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 2:26-cv-02275-CDS-NJK<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING DEADLINE FOR DEFENDANT BECHTEL CORPORATION TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and 7-1, Defendant Bechtel Corporation ("Bechtel") and Plaintiff Shawn Miller ("Miller"), hereby stipulate, agree, and respectfully request that the Court extend the deadline for Bechtel to respond to Miller's Complaint by 14 days, from August 20, 2026 to September 3, 2026.[1] The Complaint (ECF No. 1) was filed on July 27, 2026 and served on Bechtel on July 30, 2026. Bechtel's deadline to respond or otherwise answer the Complaint would fall on August 20, 2026, and the parties have agreed to continue this deadline to September 3, 2026, as Bechtel has recently retained counsel on this matter and requires additional time to investigate and prepare an appropriate response to Miller's Complaint.

---

[1]This Stipulation should not be construed as, nor shall it constitute, a waiver of any rights and remedies of Bechtel or its directors, officers, employees, agents, representatives or any other related or affiliated parties, and all such rights and remedies, whether arising under law, in equity, or otherwise, are hereby expressly reserved. This reservation specifically includes, but is not limited to, Bechtel's rights to challenge jurisdiction, venue, or other procedural and preliminary matters.

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

The parties do not seek this extension for purposes of delay and this is the first request for an extension of time for Bechtel to respond to Miller's Complaint. Accordingly, the parties request that the Court grant Bechtel an extension of time to respond to the Complaint until **September 3, 2026.**

DATED: August 19, 2026.

McDONALD CARANO LLP

By: */s/ Chelsea Latino*
Chelsea Latino (NSBN 14227)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
clatino@mcdonaldcarano.com

*Attorneys for Defendant*

KNEPPER LITIGATION, LLC

By: */s/ Matthew I. Knepper*
Matthew I. Knepper (NSBN 12796)
5502 S. Fort Apache Rd., Suite 200
Las Vegas, NV 89148
(702) 660-4228
matt@knepperlitigation.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: August 20, 2026