Chelsea Latino (NSBN 14227)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
clatino@mcdonaldcarano.com

*Attorneys for Defendant*
*Bechtel Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWN MILLER, as an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BECHTEL CORPORATION, and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 2:26-cv-02275-CDS-NJK<br><br>**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT BECHTEL CORPORATION TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rules IA 6-1 and 7-1, Defendant Bechtel Corporation ("Bechtel") submits this Unopposed Motion to Extend Time for Defendant Bechtel Corporation to Respond to Complaint, and respectfully requests that this Court extend the deadline for Bechtel to respond from September 3, 2026, to September 17, 2026, as follows:

1. Plaintiff Shawn Miller filed the Complaint (ECF No. 1) on July 27, 2026.

2. Bechtel was served on July 30, 2024, so Bechtel's deadline to respond or otherwise answer the Complaint originally fell on August 20, 2026.

3. On August 19, 2026, the parties stipulated to extend this deadline through September 3, 2026, to allow counsel for Bechtel sufficient time to investigate and prepare an appropriate response to Miller's Complaint. ECF No. 6. The Court approved the parties' stipulation via an Order entered on August 20, 2026. ECF No. 7.

4. Bechtel now seeks to extend the response deadline for a second time, from September 3, 2026, to September 17, 2026, in order to accommodate undersigned counsel

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

following the recent passing of her father, and to enable the parties to explore potential early resolution of the case.

5. This is the second request for an extension of time for Bechtel to respond to the Complaint.

6. Bechtel makes this request in good faith and not to delay litigation or prejudice any party.

7. Counsel for Bechtel conferred with counsel for Miller prior to making this request. Miller does not oppose the requested extension.

Accordingly, Bechtel respectfully requests that the Court grant Bechtel an extension of time to respond to the Complaint until **September 17, 2026.**

DATED: September 3, 2026.

McDONALD CARANO LLP

By: */s/ Chelsea Latino*
Chelsea Latino (NSBN 14227)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
clatino@mcdonaldcarano.com

*Attorneys for Defendant*

**IT IS SO ORDERED**.

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: September 4, 2026