**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Shawn Miller,<br>Plaintiff(s),<br>v.<br>Bechtel Corporation,<br>Defendant(s). | Case No. 2:26-cv-02275-CDS-NJK<br>**ORDER** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by November 13, 2026.

IT IS SO ORDERED.

Dated: November 6, 2026

______________________________
Nancy J. Koppe
United States Magistrate Judge