*Attorneys for Defendant Bechtel Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWN MILLER, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>BECHTEL CORPORATION, and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 2:26-cv-02275-CDS-NJK<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEADLINE TO FILE STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(First Request)** |

Defendant Bechtel Construction Company ("Bechtel") and Plaintiff Shawn Miller ("Plaintiff"), by and through their undersigned counsel of record, hereby submit this Stipulation to Extend the Deadline to File the Stipulated Discovery Plan and Scheduling Order. Pursuant to the Court's Order entered November 6, 2026, the parties' stipulated discovery plan and scheduling order is currently due on November 13, 2026. *See* ECF No. 12. The parties stipulate and agree, and respectfully request, that the Court extend this deadline by one week, until November 20, 2026. This is the parties' first request to extend the aforementioned deadline. It is also made in good faith, jointly by the parties, and not for the purposes of delay. Rather, the parties' request this brief extension to accommodate counsel due to illnesses, family illnesses, and schedules, which were affected by the Outlook outage beginning on November 12, 2026.

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

r

,

Dated: November 13, 2026.

KNEPPER LITIGATION, LLC

*/s/ Matthew I. Knepper*
Matthew I. Knepper (NSBN 12796)
5502 S. Fort Apache Rd., Suite 200
Las Vegas, NV 89148
(702) 660-4228
matt@knepperlitigation.com

*Attorneys for Plaintiff*

McDONALD CARANO LLP

*/s/ Chelsea Latino*
Chelsea Latino (NSBN 14227)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
clatino@mcdonaldcarano.com

*Attorneys for Defendant*

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

IT IS SO ORDERED.
Dated: November 13, 2026
.
.

______________________________
Nancy J. Koppe
United States Magistrate Judge